UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| JENNIFER JONES and WALTER WESTBERG, | : | 5:19-cv-05005-JLV |
| Plaintiffs, | : | |
| v. | : | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| REGENCY HOTEL MANAGEMENT, | : | |
| Defendant. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

Regency CSP Ventures Limited Partnership is the proper party to this suit. Pursuant to Fed. R. Civ. P. 7.1, the general partner of Regency CSP Ventures Limited Partnership is U.S. Hotel and Resort Management, Inc.

Dated this 18th day of February, 2019.

WOODS, FULLER, SHULTZ & SMITH P.C.

By _____
Melanie Carpenter
300 South Phillips Avenue, Suite 300
PO Box 5027
Sioux Falls, SD 57117-5027
Phone (605) 336-3890
Fax (605) 339-3357
Email: melanie.carpenter@woodsfuller.com
Attorneys for Defendant

{03255588.1}                          - 1 -

Case Number: 5:19-cv-05005-JLV
Defendant's Corporate Disclosure Statement

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2019, the foregoing Defendant's Corporate Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system, and served on the following by first class mail, postage prepaid, on February 19, 2019:

Jennifer Jones
2138 Minnekahta Ave.
Hot Springs, SD 57747

Walter Westberg
2138 Minnekahta Ave.
Hot Springs, SD 57747

_____
One of the Attorneys for Defendant