UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| JENNIFER JONES and WALTER WESTBERG, | : | 5:19-cv-05005-JLV |
| | : | |
| Plaintiffs, | : | |
| v. | : | **JOINT MOTION TO AMEND CAPTION** |
| REGENCY HOTEL MANAGEMENT, | : | |
| Defendant. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

Plaintiffs have named Regency Hotel Management as the defendant in this action. At the time of the alleged Title VII violation, however, plaintiffs were employed by Regency CSP Ventures Limited Partnership. Thus, that entity is the proper defendant. Accordingly, Plaintiffs and Defendant jointly move the Court for an order amending the caption to substitute Regency CSP Ventures Limited Partnership as Defendant for Regency Hotel Management.

Dated this 26 day of March, 2019.

_____
Jennifer Jones
2138 Minnekahta Ave.
Hot Springs, SD 57747
Ph. (520) 440-3432
Plaintiff

Case Number: 5:19-cv-05005-JLV
Joint Motion to Amend Caption

Dated this 26th day of March, 2019.

_____
Walter Westberg
2138 Minnekahta Ave.
Hot Springs, SD 57747
Ph. (703) 568-0038
Plaintiff

Case Number: 5:19-cv-05005-JLV
Joint Motion to Amend Caption

Dated this 27th day of March, 2019.

                                    WOODS, FULLER, SHULTZ & SMITH P.C.

By _____
Melanie L. Carpenter
300 South Phillips Avenue, Suite 300
Post Office Box 5027
Sioux Falls, South Dakota 57117-5027
Ph. (605) 336-3890
Fax (605) 339-3357
Email: melanie.carpenter@woodsfuller.com
Attorneys for Defendant