UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JENNIFER JONES and WALTER WESTBERG,<br><br>               Plaintiffs,<br><br>vs.<br><br>REGENCY HOTEL MNGT,<br><br>               Defendant. | CIV. 19-5005-JLV<br><br>ORDER |

The parties filed a joint motion to substitute a party defendant and amend the caption of the case. Good cause appearing, it is

ORDERED that the joint motion (Docket 7) is granted.

IT IS FURTHER ORDERED that Regency CSP Ventures Limited Partnership is substituted as the defendant and the caption is amended as follows:

> JENNIFER JONES and WALTER WESTBERG, Plaintiffs, vs. REGENCY CSP VENTURES LIMITED PARTNERSHIP, Defendant.

Dated April 4, 2019.

                              BY THE COURT:

                              /s/ *Jeffrey L. Viken*
                              JEFFREY L. VIKEN
                              CHIEF JUDGE